McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-MC-00125-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $110,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant David Leung, by and through their respective counsel, and potential claimant Haizhen Chen, appearing *in propria persona* (collectively as "claimants"), as follows:

1. On or about June 1, 2018, claimant Haizhen Chen filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to $5,000.00 of the Approximately $110,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 9, 2018. On or about June 25, 2018, claimant David Leung filed a claim in the administrative forfeiture proceeding with the DEA with respect to the remaining $105,000.00 of the Approximately $110,000.00 in U.S. Currency.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than claimants, has filed a

1
Stipulation and Order to Extend Time

claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 30, 2018.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 28, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 28, 2018.

Dated: 8/29/18    McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/22/18    /s/ Megan Virga
MEGAN VIRGA
Attorney for potential claimant David Leung
(Authorized by phone)

Dated: 8/30/18    /s/ Haizhen Chen
HAIZHEN CHEN
Potential Claimant
Appearing *in propria persona*
(Authorized by phone using a Mandarin Interpreter)

IT IS SO ORDERED.

Dated: August 31, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE