McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $110,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:18-MC-00125-WBS-CKD<br><br><br>NOTICE OF ELECTION |

　　　　NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $110,000.00 in U.S. Currency,* 2:18-CV-03079-JAM-DB.  Accordingly, this miscellaneous case may be closed.

Dated: 12/7/18                                         McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　By:    /s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney